IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEVEN M. WILSON, O.D., <br><br> Plaintiff, <br> v. <br><br> SPECTERA, INC., <br><br> Defendant. | Civil Action 7:10-CV-154 (HL) |
| SPECTERA, INC., <br><br> Plaintiff, <br> v. <br><br> STEVEN M. WILSON, O.D., P.C., STEVEN M. WILSON, O.D., NANCY G. JOHNSON, O.D., CYNTHIA J. McMURRAY, O.D., and JODIE E. SUMMERS, O.D., <br><br> Defendants. | Civil Action 7:11-CV-2 (HL) |

**ORDER**

The parties are ordered to maintain the status quo until the Court rules on the Motion to Remand (Doc. 6) pending in Civil Action No. 7:10-CV-154 and the Motion to Dismiss (Doc. 9) pending in Civil Action No. 7:11-CV-2. At the time the Court rules on these two motions, the 60-day clock will re-start for the termination of the provider contract. The parties are to complete briefing of the jurisdictional motions as provided by the Local Rules.

**SO ORDERED**, this the 24th day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh